NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOSHIBA CORPORATION,**
*Appellant*

**v.**

**OPTICAL DEVICES, LLC,**
*Appellee*

---

2016-2012, 2016-2013, 2016-2014

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01445, IPR2014-01446, IPR2014-01447.

---

## JUDGMENT

---

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper US LLP, San Diego, CA, argued for appellant. Also represented by MARK D. FOWLER, ALAN LIMBACH, CARRIE LYNNE WILLIAMSON, BRENT YAMASHITA, East Palo Alto, CA.

STEPHEN JON TYTRAN, Scenera Research LLC, Portsmouth, NH, argued for appellee. Also represented by THEODOSIOS THOMAS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

                       ENTERED BY ORDER OF THE COURT


| May 15, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |